| USA-74-24B (Rev. 05/01) | | CRIMINAL DOCKET | No. **4:20-CR-305** |
|---|---|---|---|
| HOUSTON DIVISION | | **SEALED** | |

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

| USAO Number: | 2017R16804 | United States Courts Southern District of Texas FILED | |
|---|---|---|---|
| Magistrate Number: | | | |
| CRIMINAL INDICTMENT | | Filed *July 16, 2020* | Judge: **Werlein** |
| | | David J. Bradley, Clerk of Court | |

UNITED STATES of AMERICA
vs.

**ATTORNEYS:**

| | | | | Appt'd | Private |
|---|---|---|---|---|---|
| RYAN K. PATRICK, USA | | | (713) 567-9000 | | |
| ROBERT S. JOHNSON, AUSA | | | (713) 567-9000 | | |
| JOSE LUIS DE JONGH-ATENCIO | | | | ☐ | ☐ |
| | | | | ☐ | ☐ |
| | | | | ☐ | ☐ |
| | | | | ☐ | ☐ |
| | | | | ☐ | ☐ |

**CHARGE:**
Ct. 1: Conspiracy to Launder Money [18 USC § 1956(h)]

Cts. 2-5: Money Laundering [18 USC § 1956(a)(1)(B)(i) and 18 U.S.C. § 2]

**(TOTAL) (COUNTS:)**
Ct. 6: Money Laundering [18 U.S.C. § 1957 and 18 U.S.C. § 2]

**( 6 )**

**PENALTY:** Cts. 1-5: Up to 20 years imprisonment and/or a max fine of $500k or twice the value of the laundered funds; 3 years SRT; $100SA

Ct. 6: Up to 10 years imprisonment and/or a max fine of $250k or twice the amount of the criminally derived property involved in the transaction; 3 years SRT; $100SA

SUMMONS

☐ In Jail
☐ On Bond
☐ No Arrest

NAME & ADDRESS of Surety:

**PROCEEDINGS:**