**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

United States District Court
Southern District of Texas
**ENTERED**
July 17, 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § § | |
| **v.** | § § | **CRIMINAL NO. 4:20-CR-305** |
| **JOSE LUIS DE JONGH-ATENCIO** | § | **UNDER SEAL** |

## ORDER

It is *ORDERED* that the Notice of Related Cases concerning the above-named defendant, this order, and the United States' motion to seal shall be sealed until further motion by the government, at which time said instruments automatically shall be unsealed, as to the defendant.

It is *FURTHER ORDERED* that the District Clerk shall provide copies of the sealed Notice of Related Cases, this motion, and the Court's order to personnel of the United States Attorney's Office.

*SIGNED* at Houston, Texas, on the ___16th___ day of ___July___, 2020.

_____
United States Magistrate Judge