UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. H-20-CR-305-S-1 |
| JOSE LUIS DE JONGH-ATENCIO, | § § | |
| DEFENDANT | § | |

### AGREED PRELIMINARY ORDER OF FORFEITURE

Defendant JOSE LUIS DE JONGH ATENCIO has pleaded guilty to Count One of the Superseding Indictment, which charged Defendant with conspiracy to launder money in violation of Title 18 U.S.C. § 1956(h). The parties tendered this Agreed Preliminary Order of Forfeiture, and the Court has decided to sign it.

The United States provided notice to the Defendant in the Superseding Indictment that pursuant to Title 18, United States Code, Section 982(a)(1), in the event of conviction, the United States would seek to forfeit all property involved in money laundering offenses or traceable to such property. The Defendant has stipulated and agreed that the property listed in this Preliminary Order of Forfeiture is subject to forfeiture, and he has consented pursuant to Federal Rule of Criminal Procedure 32.2(b)(4)(A) to the forfeiture order becoming final as to him.

Pursuant to Federal Rule of Criminal Procedure 32.2(b)(1), the Court finds that based on the record and the evidence in this case, the requisite nexus has been

1

established between Defendant's criminal offense as charged in Count One of the Superseding Indictment and the property listed in this Order. Therefore, the Court has decided as follows:

1. It is ORDERED that the following real property, including all improvements and appurtenances, is forfeited to the United States:

   a. Commercial property located at 440 Cobia Drive in Katy, Texas, legally described as Units 201, 202, 203, 204, 303, and 304 of the Grand Ridge Office Condominium, Springfield Section 5 Partial Replat No. 2, a subdivision of Harris County, Texas

   b. Residential property legally described at Lot 26, Block 1, Towns at Seville Replat No. 1, a subdivision in Harris County, Texas

   c. Residential property legally described as Lot 7, Block 1, Towns at Seville Replat No. 1, a subdivision in Harris County, Texas

   d. Residential property legally described as Lot 20, Block 1, Towns at Seville Replat No. 1, a subdivision in Harris County, Texas

   e. Residential property legally described as Legacy at Cross Creek Ranch, Section 4, Block 1, Lot 20, in Fort Bend County, Texas

   f. Commercial property located at 20008 Champion Forest Drive, Building 3, Units 301-304 of the Champion Ridge Office Condominiums, Spring, Texas, in Harris County

   g. Residential property legally described as Condominium Parcel No. 703 of The Harbour North, a Condominium, as recorded in Official Records Book 31211, Page 3756 of the Public Records of Miami-Dade County, Florida

2. It is further ORDERED that the following property is also forfeited to the United States:

    h. $305,688.38 seized from funds on deposit at bank account held in the name of Relative 1 at Comerica Bank, with an account number ending in 6863

    i. $3,156.68 seized from funds on deposit at bank account held in the name of Relative 1 at Comerica Bank, with an account number ending in 7226

    j. $43,862.44 seized from funds on deposit at bank account held in the name of Associate 2 at Comerica Bank, with an account number ending in 6905

    k. Funds on deposit in two accounts (one in U.S. Dollars and one in Euros) at Union Bancaire Privee in Geneva, Switzerland, in the name of Shell Company C with a client number ending in 9341

3. It is ORDERED that the United States shall publish notice of this preliminary order of forfeiture and, to the extent practicable, shall provide written notice to any person who reasonably appears to be a potential claimant with standing to claim an interest in the forfeited assets. Any person, other than the Defendant, asserting a legal interest in the property may, within thirty days of the final publication of notice or receipt of notice, whichever is earlier, petition the Court for a hearing without a jury to adjudicate the validity of his/her alleged interest in the property, within such time and in the manner provided by Title 21, United States Code, Section 853(n).

4. It is ORDERED that the Clerk of the Court shall forward nine (9) certified copies of this Order to the United States Attorney's Office, Attention: Assistant United States Attorney Kristine E. Rollinson, 1000 Louisiana, Suite 2300, Houston, Texas 77002.

This Order will be made part of the Defendant's sentence and included in the judgment against him.

Signed in Houston, Texas, on the 22d day of March 2021.

Gray H. Miller
United States District Judge