**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION H-20-305 |
| | § | |
| JOSE LUIS DE JONGH-ATENCIO | § | |

## Order

Defendant, Jose Luis De Jongh-Atencio pled to Count 1 of the Superseding Indictment (dkt. 35) on March 22, 2021. Sentencing is currently set for August 19, 2021.

It is, therefore, ORDERED that the following motions are DENIED as moot:

1. Joint Motion to Transfer Case (dkt. 23);
2. Unopposed Motion to Maintain Seized Property (dkt. 33);
3. Sealed Motion (dkt. 44);
4. Sealed Motion (dkt. 45);
5. Sealed Motion (dkt. 48);
6. Sealed Motion (dkt. 51);
7. Sealed Motion (dkt. 52);
8. Sealed Motion (dkt. 66);
9. Sealed Motion (dkt. 67);
10. Unopposed Motion for Permission to File Trial Memorandum in Excess of 25 pages (dkt. 72);
11: Sealed Motion (dkt. 73);
12. Sealed Motion (dkt. 77);
13. Sealed Motion (dkt. 81);
14. Sealed Motion (dkt. 86);
15. Opposed Motion to Continue Trial (dkt. 88).

Signed at Houston, Texas on April 30, 2021.

Gray H. Miller
United States District Judge