United States District Court
Southern District of Texas
**ENTERED**
February 03, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:20-CR-00305 |
| | § | |
| JOSE LUIS DE JONGH-ATENCIO | § | |

# ORDER

Defendant's Unopposed Motion to Permit Travel is GRANTED. Defendant is permitted to travel to Miami, Florida from February 17th through February 21st of 2022.

SIGNED on this the __3rd__ day of ___February___, 2022.

_____
GRAY MILLER
UNITED STATES DISTRICT JUDGE